UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ18-578 |
| Plaintiff, ) | D.OR NO. CR16-485 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MARTIN KIER ROMERO, ) | |
| ) | |
| Defendant. ) | |

Offense charged: Violation of Supervised Release

Date of Detention Hearing: December 20, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was convicted in the District of Oregon on a charge of Felon in

DETENTION ORDER
PAGE -1

Possession of a Firearm. He was sentenced on December 7, 2018 to time served and 3 years supervised release. He was supervised for this short period of time by the United States Probation Office, Western District of Washington, and prior to that by Pretrial Services in this District. He has been residing in Kent, Washington.

    2. Defendant's past criminal history includes failures to appear, a fugitive charge, and pending charges of domestic violence occurring on two occasions a few weeks before the December 7 sentencing, and one or more occasions after the sentencing. The alleged assault of December 14, 2018 is the basis for the pending supervised release violation allegation.

    3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

01       DATED this 20th day of December, 2018.

       _____
       Mary Alice Theiler
       United States Magistrate Judge

DETENTION ORDER
PAGE -3